| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13  ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy            12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Franz** <br> First name <br><br> **Josef** <br> Middle name <br><br> **Rosinus** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Franz J Rosinus** <br> **Franz Rosinus** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-3537** | |

Debtor 1   **Franz Josef Rosinus** _____   Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☐ I have not used any business name or EINs.<br><br>**DBA  BJR&FJR LLC**<br>**DBA  Lake Juliana Estates Homeowners Association, Inc**<br>**DBA  Corkscrew Plantation V, Inc**<br>**DBA  Corkscrew Plantation VII, Inc**<br>**DBA  Hendry Plantation, LLC**<br>**DBA  Synergy Golf Development, LLC**<br>**DBA  Alico Road Business Park LLC**<br>**FDBA  Venarum Care LLC**<br>**FDBA  Lee Land Holdings LLC**<br>**FDBA  Synergy Industrial Enterprises, LLC**<br>**FDBA  Airport Industrial Holdings LLC**<br>**FDBA  UTEBJ Holdings LLC**<br>**FDBA  Alico Lakeside LLC**<br>**FDBA  OCP Golf Partners 1 LLC**<br>**FDBA  R&W Tax Investors LLC**<br>**FDBA  Zan Agro Hendry Plantation LLC**<br>**FDBA  Lighthouse Capital I, LLC**<br>**FDBA  Lighthouse Capital II, LLC**<br>**FDBA  Unlimited Green Energy LLC**<br>**FDBA  Lee Road Extension Assoc., Inc**<br>**FDBA  Art Village Institute of Florida Corporation**<br>**FDBA  Corkscrew Plantation, Inc**<br>**FDBA  Corkscrew Plantation II, Inc**<br>**FDBA  Corkscrew Plantation III, Inc**<br>**FDBA  Corkscrew Plantation IV, Inc**<br>**FDBA  Corkscrew Plantation Gold Club, Inc**<br>**FDBA  Old Corkscrew Golf Club Operations, Inc**<br>**FDBA  FJR, LLC**<br>**FDBA  OCP Golf Partners 2, LLC**<br>**FDBA  OCP Golf Partners 3, LLC**<br>**FDBA  OCP Golf Partners 4, LLC**<br>**FDBA  OCP Golf Partners 5, LLC**<br>**FDBA  OCP Golf Partners 6, LLC**<br>**FDBA  OCP Golf Partners 7, LLC**<br>**FDBA  OCP Golf Partners 8, LLC**<br>**FDBA  OCP Golf Partners 9, LLC**<br>**FDBA  OCP Golf Partners 10, LLC**<br>**FDBA  Rosinusjet, LLC**<br>**FDBA  FJRB, LLC**<br>**FDBA  OCGC Investments, LLC**<br>**FDBA  Old Corkscrew Partners, LLC**<br>**FDBA  OCP Golf Partners 11, LLC**<br>**FDBA  OCP Golf Partners 12, LLC**<br>**FDBA  Lighthouse Capital, LLC**<br>**FDBA  Lighthouse Capital IV, LLC**<br>**FDBA  FTTE Finance, LLC**<br>**FDBA  Alico Road Business Park Condominium Assoc., Inc** | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
|  | EINs | EINs |

| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
|---|---|---|

| Debtor 1 | **Franz Josef Rosinus** | | Case number *(if known)* | |

**24080 Tuscany Ct**
**Bonita Springs, FL 34134**
Number, Street, City, State & ZIP Code

Number, Street, City, State & ZIP Code

**Lee**
County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Franz Josef Rosinus**                                                                                  Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Franz Josef Rosinus**          Case number *(if known)*

---

| Part 3: | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | Franz Josef Rosinus | Case number *(if known)* |
|---|---|---|

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Franz Josef Rosinus** _____    Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts _____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Franz Josef Rosinus _____    _____
**Franz Josef Rosinus**                             Signature of Debtor 2
Signature of Debtor 1

Executed on  **January 19, 2017**                    Executed on  _____
             MM / DD / YYYY                                       MM / DD / YYYY

| Debtor 1 | **Franz Josef Rosinus** | Case number *(if known)* | |
|---|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Carmen Dellutri, Esq.** | Date | **January 19, 2017** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Carmen Dellutri, Esq.**
Printed name

**The Dellutri Law Group, P.A.**
Firm name

**1436 Royal Palm Square Blvd.**
**Fort Myers, FL 33919-1049**
Number, Street, City, State & ZIP Code

Contact phone **(239) 939-0900**        Email address

**0044385**
Bar number & State

Aldridge Conners. LLP
7000 West Palmetto Park Rd
Suite 307
Boca Raton, FL 33433

BMO Harris Bank
PO Box 660310
Sacramento, CA 95866-0310

David Gillis
15701 South Tamiami Trl
Fort Myers, FL 33908

Alice R Huneycutt Esq.
401 E Jackosn St
PO BOX 3299
Tampa, FL 33601

BMO Harris Bank
PO Box 84048
Columbus, GA 31908-4048

Dyck Oneal Inc
6060 N Central Expy Ste
Dallas, TX 75206

Alice R. Huneycutt Esq
401 E Jackson St
Tampa, FL 33601

Brennan, Manna & Diamond
3301 Bonita beach road
Suite 100
Bonita Springs, FL 34134

Equifax Credit Information
Services, Inc.
P.O. Box 740241
Atlanta, GA 30374

Alico Industrial Venture LLC
23190 Fashion Dr #203
Estero, FL 33928

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595

Experian
475 Anton Boulevard
Costa Mesa, CA 92626

Alico Lakeside LLC
23190 Fashion Dr
#203
Estero, FL 33928

Calvary Portfolio Services
Po Box 27288
Tempe, AZ 85285

FJRB LLC
23190 Fashion Dr
#203
Estero, FL 33928

Alico Road Business Pk Condo
23190 Fashion Drive #205
Estero, FL 33928

Cheffy Passidomo
821 Fifth Avenue
Suite 201
Naples, FL 34102

Fowler White Boggs PA
PO Box 1438
Tampa, FL 33601

Andreu Palma & Andreu PL
1000 NW 57th Court
Suite 400
Miami, FL 33126

ChexSystems
Consumer Relation
7805 Hudson Rd Ste 100
Woodbury, MN 55125

Fowler White Boggs PA
PO Box 1567
Fort Myers, FL 33902-1567

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Corkscrew Plantation
23190 Fashion Dr
#203
Estero, FL 33928

Goede & Adamczyk PLLC
8950 Fontana Del Sol Way
Suite 100
Naples, FL 34109

Bank Of America
Po Box 982238
El Paso, TX 79998

Corkscrew Plantation V Inc
23190 Fashion Dr
#203
Estero, FL 33928

Internal Revenue Service
Centralized Insolvency Op
PO Box 7346
Philadelphia, PA 19101-7346

Kevin F. Jursinski, PA
15701 South Tamiami Trl
Fort Myers, FL 33908

Phil Anderson Holdings
3301 Bonita Beach Rd
Suite 100
Bonita Springs, FL 34134

Rothstein Rosenfeldt Adler
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, FL 33301

Lindsay & Allen, PLLC
13180 Livingston Rd Ste 201
Naples, FL 34109

PNC Bank Credit Card
Po Box 5570
Mailstop BR- YB58-01-5
Cleveland, OH 44101

RYD International
821 Fifth Avenue So.
Suite 201
Naples, FL 34102

M & I Mashall & Ilsley Bank
6645 W Oklahoma Ave
Milwaukee, WI 53219

PNC Bank Credit Card
1 Financial Pkwy
Kalamazoo, MI 49009

TransUnion Consumer Solution
P.O. Box 2000
Chester, PA 19022-2000

M&I Marshall & Isley Bank
24031 South Tamiami Trail
Suite 101
Bonita Springs, FL 34134

Professional Adjmnt Co
14410 Metropolis Ave
Ft Myers, FL 33912

US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530

M&I Marshall & Isley Bank
PO Box 3114
Milwaukee, WI 53201-3114

Professional Adjmnt Co
14410 Metropolis Ave
Fort Myers, FL 33912

US Attorney's Office MD Fla
400 N Tampa St Ste 3200
Tampa, FL 33602-4798

Montgomery Bank
1395 Panther Lane
Suite 300
Naples, FL 34109

Promenade at Bonita Bay Inc
26795 S Bay Dr
Bonita Springs, FL 34134

Wells Fargo Financial
PO Box 10475
Des Moines, IA 50306

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

Quarles & Brady
1395 Panther Lane
Suite 300
Naples, FL 34109

Nationstar Mortgage LLC
350 Highland
Houston, TX 77067

Residences at Coconut Point
IV Condo. Assoc.
23159 Amgci Way
Estero, FL 33928

Old Corkscrew Golf club
23190 Fashion Dr
3203
Estero, FL 33928

Roetzel & Andress
1375 East Ninth Street
Ninth Floor
Cleveland, OH 44114