[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: April 9, 2018

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Franz Josef Rosinus
aka   Franz Rosinus
aka   Franz J Rosinus
fdba  Art Village Institute of Florida Corporation

Case No.
9:17–bk–00426–FMD
Chapter 7

_____Debtor\*_____/

### ORDER ABATING MOTION TO DETERMINE THAT THE AUTOMATIC STAY IS NOT APPLICABLE OR ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY

   THIS CASE came on for consideration, without hearing, of the Motion for an Order Confirming No Automatic Stay is in Effect Contains negative notice. Phil Anderson Holdings (II), Inc.'s Motion to Determine that the Automatic Stay is Not Applicable, or Alternatively, for Relief from Automatic Stay by Creditor Phil Anderson Holdings (II), Inc , Doc. # 169 . After a review of the motion , the Court determines that the motion is deficient as follows:

   ☐   The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

   ☐   The motion does not include a signed and dated proof of service as required by Local Rule 9013–1.

   ☐   The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

   ☑   The negative notice legend is not fully displayed on the first page as prescribed by Local Rule 2002–1 or the language used in the negative notice legend does not conform to the approved negative notice legend language as provided in Local Rule 2002–4.

   ☐   The motion does not specifically describe the property, including the legal description if real property, or VIN if vehicle.

☐ The Motion for Referral to Mortgage Modification Mediation does not include a complete property address.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the last four digits of the mortgage loan number.

☐ The Motion for Referral to Mortgage Modification Mediation does not include the name of the mortgage creditor.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

☐ The Chapter 11 Fee Application does not include the Chapter 11 Fee Application Summary required by Local Rule 2016–1(c)(2)(i) or the summary is not placed within the application in the location required by Local Rule 2016–1(c)(2)(i).

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.