UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                              CASE NO. 9:17-bk-00426-FMD

FRANZ JOSEF ROSINUS,                                  CHAPTER 7

        Debtor.
_____/

**TRUSTEE'S LIMITED RESPONSE TO
<u>PHIL ANDERSON HOLDINGS (II), INC.'S MOTION FOR RELIEF FROM STAY</u>**

    LUIS E. RIVERA II (the "Trustee"), as Chapter 7 Trustee of the bankruptcy estate of Franz Josef Rosinus (the "Debtor"), by counsel, files this Limited Response to Phil Anderson Holdings (II), Inc.'s ("PAH") Amended Motion to Determine that the Automatic Stay is not Applicable, or Alternatively, for Relief from Automatic Stay (Doc. 176) (the "Motion").

    1.    The Motion seeks relief from stay so that PAH may pursue claims against non-debtor third parties that apparently received funds in violation of pre-petition state court Charging Orders, which PAH obtained as part of its collection efforts against the Debtor.

    2.    The Motion does not identify the specific targets that PAH intends to pursue if the Motion is granted (though it does identify the various corporate entities that are the subject of the Charging Orders). Without additional information, the Trustee cannot determine the estate's rights with respect to these claims, or evaluate whether the claims that PAH is seeking leave to pursue are property of the estate or within the exclusive province of the Trustee to pursue under 11 U.S.C. §544 or otherwise.

    3.    That said, PAH represents in the Motion that it is seeking to pursue the claims at issue without prejudice to the Trustee's ability to assert an interest in the claims, and that PAH is willing to hold any funds obtained in connection with the claims in escrow pending

determination by this Court as to entitlement to the proceeds. The Trustee's undersigned counsel has conferred with counsel for PAH regarding the Motion and confirmed that PAH does not object to entry of an Order to the foregoing effect.

4. The Trustee has no objection to PAH obtaining relief from stay for the limited purposes stated in the Motion, provided that the Order granting stay relief requires, consistent with the Motion, that (a) none of the estate's rights (if any) in the claims at issue are prejudiced by the lifting of the stay or any of PAH's state court activity, and (b) any funds obtained in connection with PAH's state court efforts will be held in trust by PAH's counsel pending further Order from this Court as to the estate's (or any other interested parties') rights and interests in the recovered funds.

5. Additionally, the Trustee requests that relief from stay be conditioned on PAH's identifying to the Trustee the specific third party targets and claims at issue, so that the Trustee can evaluate the estate's potential rights, if any, with respect to those claims.

6. Trustee's counsel anticipates based on PAH's representations in the Motion, and based on his conference with counsel for PAH, that the parties will be able to resolve these matters without the need for a hearing and submit an agreed form of order to the Court. The Trustee submits this limited response only to preserve the estate's rights and interests respecting the claims in accordance with Local Rule 2002-4 in the event that an agreed form of order cannot be reached.

Dated: June 19, 2018.   Respectfully submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
*Special Counsel for the Trustee*
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, Florida, 33301
Telephone: (954) 453-8000
Telecopier: (954) 331-2907

By: /s/ Michael A. Friedman
Michael A. Friedman, Esq. (FBN 71828)
E-Mail: mfriedman@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2018, I electronically filed the foregoing *Trustee's Limited Response to Phil Anderson Holdings (II), Inc.'s Motion For Relief From Stay* with the Clerk of the Court using the CM/ECF System. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means and a copy was also forwarded via first class mail to all parties identified on the attached Service List who are not registered users of the Court's CM/ECF system.

By:/s/ Michael Friedman
Michael Friedman.

## SERVICE LIST

*Sent Via CM/ECF Notification*

Brittney Paige Baker on behalf of Creditor BMO Harris Bank, N.A.
bbaker@elattorneys.com, admin2@elattorneys.com

John L Dicks, II on behalf of Creditor The Vernon A. Ball Revocable Trust
john.dicks@akerman.com, caren.collier@akerman.com

Robert F Elgidely, Attorney for Trustee on behalf of Trustee Luis E Rivera, II
relgidely@gjb-law.com, cesser@gjb-law.com;vlambdin@gjb-law.com;chopkins@gjb-law.com;bsilva@gjb-law.com

Jason M Ellison on behalf of Creditor BMO Harris Bank, N.A.
jellison@elattorneys.com, admin@elattorneys.com;bbaker@elattorneys.com

Jason M Ellison on behalf of Plaintiff BMO Harris Bank N.A.
jellison@elattorneys.com, admin@elattorneys.com;bbaker@elattorneys.com

David P Fraser on behalf of Defendant Alico Industrial Venture, LLC
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Defendant Corkscrew Plantation VII, Inc. a/k/a Corkscrew Plantation VII, LLC
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Defendant Franz Josef Rosinus
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Interested Party Alico Industrial Venture, LLC
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Interested Party Corkscrew Plantation VII, Inc
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Interested Party Lake Juliana Holdings, LLC
dfraser@holmesfraser.com, service@holmesfraser.com

David P Fraser on behalf of Interested Party Lighthouse Capital II, LLC
dfraser@holmesfraser.com, service@holmesfraser.com

Michael A Friedman on behalf of Plaintiff Luis E. Rivera II, Chapter 7 Trustee
mfriedman@gjb-law.com, mchang@gjb-law.com;chopkins@gjb-law.com;gjbecf@ecf.courtdrive.com

Michael A Friedman on behalf of Trustee Luis E Rivera, II
mfriedman@gjb-law.com, mchang@gjb-law.com;chopkins@gjb-law.com;gjbecf@ecf.courtdrive.com

Alan F Hamisch on behalf of Defendant Franz Josef Rosinus
alan@attorneysofnaples.com, support@attorneysofnaples.com

Eric D Jacobs on behalf of Trustee Luis E Rivera, II
ejacobs@gjb-law.com

Richard A Johnston, Jr. on behalf of Creditor FTTE, LLC
richard@richardjohnstonlaw.com, cynthia@richardjohnstonlaw.com;emily@richardjohnstonlaw.com

Richard A Johnston, Jr. on behalf of Plaintiff FTTE, LLC
richard@richardjohnstonlaw.com, cynthia@richardjohnstonlaw.com;emily@richardjohnstonlaw.com

Rachel A. Kerlek on behalf of Creditor Porter Wright Morris & Arthur, LLP
rkerlek@lawfirmnaples.com, rkerlek@wwmrglaw.com;bwisher@wwmrglaw.com

Gerard A McHale, Jr
jerrym@thereceiver.net

Andrew Reiss on behalf of Creditor Academ AT, LLC
ahreiss@napleslaw.com, raricci@napleslaw.com

Andrew Reiss on behalf of Creditor Mayak, LLC
ahreiss@napleslaw.com, raricci@napleslaw.com

Luis E Rivera, II
trustee.rivera@gray-robinson.com, lrivera@ecf.epiqsystems.com;jodi.payne@gray-robinson.com

Luis E Rivera, II, Attorney for Trustee on behalf of Trustee Luis E Rivera, II
trustee.rivera@gray-robinson.com, jodi.payne@gray-robinson.com

John S Sarrett on behalf of Creditor Academ AT, LLC
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Creditor Catherine A. Backos, P.A.
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Creditor Mayak, LLC
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Creditor RYD International, LLC
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Plaintiff Academ AT, LLC
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Plaintiff Mayak, LLC
jsarrett@sarrettlaw.com

John S Sarrett on behalf of Plaintiff RYD International, LLC
jsarrett@sarrettlaw.com

Michael A Steel on behalf of Creditor Phil Anderson Holdings (II), Inc.
masteel@bmdllc.com

United States Trustee - FTM7/13
USTPRegion21.TP.ECF@USDOJ.GOV

*Sent Via U.S. Mail*
*All parties on the attached mailing matrix.*

```
Label Matrix for local noticing          BMO Harris Bank, N.A.                    Catherine A. Backos, P.A.
113A-9                                   Att: Barbara Fining, VP                  John S. Sarrett, P.A.
Case 9:17-bk-00426-FMD                   1777 Tamiami Trail                       999 Vanderbilt Beach Road, Suite 200
Middle District of Florida               Suite 102                                Naples, FL 34108-3512
Ft. Myers                                Port Charlotte, FL 33948-1083
Tue Jun 19 16:57:59 EDT 2018

FTTE, LLC                                Phil Anderson Holdings (II), Inc.        RYD International, LLC
c/o Richard Johnston, Jr.                Attn: Brennan, Manna & Diamond           John S. Sarrett, P.A.
Johnston Law, PLLC                       27200 Riverview Center Blvd., Suite 310  999 Vanderbilt Beach Road, Suite 200
7370 College Parkway, Suite 207          Bonita Springs, FL 34134, OH 44308       Naples, FL 34108-3512
Fort Myers, Fl 33907-5558

Synchrony Bank                           The Vernon  A. Ball Revocable Trust      ALDRIDGE CONNERS. LLP
c/o PRA Receivables Management, LLC.     Akerman LLP                              7000 WEST PALMETTO PARK RD
PO Box 41021                             401 E. Jackson Street, #1700             SUITE 307
Norfolk, VA 23541-1021                   Tampa, FL 33602-5250                     BOCA RATON, FL 33433-3430


ALICE R HUNEYCUTT ESQ.                   ALICE R. HUNEYCUTT ESQ                   ALICO INDUSTRIAL VENTURE LLC
401 E JACKOSN ST                         401 E JACKSON ST                         23190 FASHION DR #203
PO BOX 3299                              TAMPA, FL 33602-5233                     ESTERO, FL 33928-2566
TAMPA, FL 33601-3299


ALICO LAKESIDE LLC                       ALICO ROAD BUSINESS PK CONDO             ANDREU PALMA & ANDREU PL
23190 FASHION DR                         23190 FASHION DRIVE #205                 1000 NW 57TH COURT
#203                                     ESTERO, FL 33928-2566                    SUITE 400
ESTERO, FL 33928-2566                                                             MIAMI, FL 33126-3292


Academ, AT, LLC                          Andrey Tolkachev                         Antoni Viveiros
c/o John S. Sarrett, Esq.                c/o John S. Sarrett, Esq.                20 Sandpiper Drive
999 Vanderbilt Beach Rd. Suite 200       999 Vanderbilt Beach Rd. Suite 200       Westport, MA 02790-1257
Naples, FL 34108-3512                    Naples, FL 34108-3512


B. Jean Powell Trust                     BANK OF AMERICA                          (p)BANK OF AMERICA
Flossmoor Dr                             NC4-105-03-14                            PO BOX 982238
Bonita Springs, FL 34134                 PO BOX 26012                             EL PASO TX 79998-2238
                                         GREENSBORO, NC 27420-6012


BMO HARRIS BANK                          BMO HARRIS BANK                          BMO Harris Bank
PO BOX 660310                            PO BOX 84048                             Nall Ave.
SACRAMENTO, CA 95866-0310                COLUMBUS, GA 31908-4048                  Leawood KS 66211


BMO Harris Bank N.A.                     BMO Harris Bank, N.A.                    BRENNAN, MANNA & DIAMOND
Att: Barbara Triolo Fining               1777 Tamiami Trail, Suite 102            3301 BONITA BEACH ROAD
1777 Tamiami Trail, Suite 102            Port Charlotte, FL 33948-1083            SUITE 100
Port Charlotte, FL 33948-1083                                                     BONITA SPRINGS, FL 34134-7833


Bob Hoehn                                Bruce Shalberg                           CALVARY PORTFOLIO SERVICES
c/o Hoehn Family, LLC                    16623 Cortona Lane                       500 SUMMIT LAKE STE 400
11436 High Drive                         Naples FL 34110-3259                     VALHALLA, NY 10595-2322
Leawood, KS 66211-3068
```

| | | |
|---|---|---|
| CALVARY PORTFOLIO SERVICES<br>PO BOX 27288<br>TEMPE, AZ 85285-7288 | CHEFFY PASSIDOMO<br>821 FIFTH AVENUE<br>SUITE 201<br>NAPLES, FL 34102-6621 | CHEXSYSTEMS<br>CONSUMER RELATION<br>7805 HUDSON RD STE 100<br>WOODBURY, MN 55125-1595 |
| CORKSCREW PLANTATION<br>23190 FASHION DR<br>#203<br>ESTERO, FL 33928-2566 | CORKSCREW PLANTATION V INC<br>23190 FASHION DR<br>#203<br>ESTERO, FL 33928-2566 | Catherine A. Backos, P.A.<br>c/o John S. Sarrett, Esq.<br>999 Vanderbilt Beach Rd. Suite 200<br>Naples, FL 34108-3512 |
| DAVID GILLIS<br>15701 SOUTH TAMIAMI TRL<br>FORT MYERS, FL 33908-4236 | DYCK ONEAL INC<br>6060 N CENTRAL EXPY STE<br>DALLAS, TX 75206-5355 | David Matousek<br>Lacinova15<br>Brno 60100<br>Bruno, Czech Republic |
| David P. Fraser, Esq.<br>Holmes Kurnik, PA<br>711 5th Avenue South<br>Suite 200<br>Naples, FL 34102-6628 | Deere Credit, Inc.<br>PO Box 6600<br>Johnston, Iowa 50131-6600 | EQUIFAX CREDIT INFORMATION<br>SERVICES, INC.<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 |
| EXPERIAN<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626-7037 | FJRB LLC<br>23190 FASHION DR<br>#203<br>ESTERO, FL 33928-2566 | FOWLER WHITE BOGGS PA<br>PO BOX 1438<br>TAMPA, FL 33601-1438 |
| FOWLER WHITE BOGGS PA<br>PO BOX 1567<br>FORT MYERS, FL 33902-1567 | First CZ Real Estate<br>3725 Bonita Beach Rd<br>Bonita Springs, FL 34134-1400 | First CZ Real Estate<br>9250 Corkscrew Rd<br>Estero FL 33928-3216 |
| GOEDE & ADAMCZYK PLLC<br>8950 FONTANA DEL SOL WAY<br>SUITE 100<br>NAPLES, FL 34109-4420 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Itay Shimony<br>2659 NW 41st St<br>Boca Raton, FL 33434-2567 |
| John Bowen<br>c/o Bowen Investments<br>11705 Manor Road<br>Leawood KS 66211-3011 | John Bowen<br>c/o Bowen Investments<br>2501 Manchester Trafficway<br>Kansas City, MO 64129-1381 | KEVIN F. JURSINSKI, PA<br>15701 SOUTH TAMIAMI TRL<br>FORT MYERS, FL 33908-4236 |
| LINDSAY & ALLEN, PLLC<br>13180 LIVINGSTON RD STE 201<br>NAPLES, FL 34109-3871 | Larry Maddox<br>c/o Maddox Revocable Trust<br>4731 Bonita bay Blvd PH 201<br>Bonita Springs, FL 34134-6723 | M & I MASHALL & ILSLEY BANK<br>6645 W OKLAHOMA AVE<br>MILWAUKEE, WI 53219-4150 |
| M&I MARSHALL & ISLEY BANK<br>24031 SOUTH TAMIAMI TRAIL<br>SUITE 101<br>BONITA SPRINGS, FL 34134-7016 | M&I MARSHALL & ISLEY BANK<br>PO BOX 3114<br>MILWAUKEE, WI 53201-3114 | MONTGOMERY BANK<br>1395 PANTHER LANE<br>SUITE 300<br>NAPLES, FL 34109-7875 |

| | | |
|---|---|---|
| Mayak, LLC<br>c/o John S. Sarrett, Esq.<br>999 Vanderbilt Beach Rd. Suite 200<br>Naples, FL 34108-3512 | Mike Bruce<br>1364 Noble Heron Way<br>Naples, FL 34105-2791 | Monika Borkholder<br>Seestrasse 30<br>83700 Rottach-Egern<br>Germany |
| NATIONSTAR MORTGAGE LLC<br>350 HIGHLAND<br>HOUSTON, TX 77009-6623 | NATIONSTAR MORTGAGE LLC<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX 75019-4620 | OLD CORKSCREW GOLF CLUB<br>23190 FASHION DR<br>3203<br>ESTERO, FL 33928-2561 |
| Oleg Tolkachev<br>c/o John S. Sarrett, Esq.<br>999 Vanderbilt Beach Rd. Suite 200<br>Naples, FL 34108-3512 | PHIL ANDERSON HOLDINGS<br>3301 BONITA BEACH RD<br>SUITE 100<br>BONITA SPRINGS, FL 34134-7833 | PNC BANK CREDIT CARD<br>1 FINANCIAL PKWY<br>KALAMAZOO, MI 49009-8003 |
| PNC BANK CREDIT CARD<br>PO BOX 5570<br>MAILSTOP  BR- YB58-01-5<br>CLEVELAND, OH 44101-0570 | PNC Bank, N.A.<br>PO BOX 94982<br>Cleveland, OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PROFESSIONAL ADJMNT CO<br>14410 METROPOLIS AVE<br>FORT MYERS, FL 33912-4341 | PROFESSIONAL ADJMNT CO<br>14410 METROPOLIS AVE<br>FT MYERS, FL 33912-4341 | PROMENADE AT BONITA BAY INC<br>26795 S BAY DR<br>BONITA SPRINGS, FL 34134-4320 |
| Phil Anderson Holdings (II), Inc.<br>c/o Michael A. Steel<br>27200 Riverview Center Blvd., Suite 310<br>Bonita Springs, FL 34134-4317 | Porter Wright Morris Arthur<br>9132 Strada Place, 3rd Floor<br>Naples, FL 34108-2942 | Porter Wright Morris Arthur LLP<br>c/o Rachel A. Kerlek<br>9045 Strada Stell Court, Suite 400<br>Naples, FL 34109-4438 |
| QUARLES & BRADY<br>1395 PANTHER LANE<br>SUITE 300<br>NAPLES, FL 34109-7875 | RESIDENCES AT COCONUT POINT<br>IV CONDO. ASSOC.<br>23159 AMGCI WAY<br>ESTERO, FL 33928-2589 | ROETZEL & ANDRESS<br>1375 EAST NINTH STREET<br>NINTH FLOOR<br>CLEVELAND, OH 44114-1739 |
| ROTHSTEIN ROSENFELDT ADLER<br>401 EAST LAS OLAS BOULEVARD<br>SUITE 1650<br>FORT LAUDERDALE, FL 33301-4252 | RYD INTERNATIONAL<br>821 FIFTH AVENUE SO.<br>SUITE 201<br>NAPLES, FL 34102-6621 | Rose Morey<br>10515 Sevilla Dr #102<br>Fort Myers, FL 33913-7026 |
| TRANSUNION CONSUMER SOLUTION<br>P.O. BOX 2000<br>CHESTER, PA 19016-2000 | Tallahassee Venture<br>516 Cooper Commerce Dr<br>Apopka, FL 32703-6223 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 |
| US ATTORNEY'S OFFICE MD FLA<br>400 N TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | United States Trustee - FTM7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Vernon Ball<br>3790 Bay Creek Dr<br>Bonita Springs, FL 34134-1908 |

| | | |
|---|---|---|
| Vincenzo Veduci<br>26 Cheval Crt<br>Bramton, Ontario L6T-3Z8<br>Canada | Vincenzo Veduci<br>Canada | WELLS FARGO FINANCIAL<br>PO BOX 10475<br>DES MOINES, IA 50306-0475 |
| Zung & Clough<br>8985 Fontana Del Sol Way<br>Naples, FL 34109-4365 | c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 | Franz Josef Rosinus<br>24080 Tuscany Ct<br>Bonita Springs, FL 34134-7108 |
| Gerard A McHale Jr<br>McHale PA<br>1601 Jackson St. Suite 200<br>Fort Myers, FL 33901-2968 | Luis E Rivera II<br>Post Office Box 1026<br>Fort Myers, FL 33902-1026 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Academ AT, LLC | (u)Alico Industrial Venture, LLC | (u)Corkscrew Plantation VII, Inc |
| (u)Lake Juliana Holdings, LLC | (u)Lighthouse Capital II, LLC | (u)Mayak, LLC |
| (u)Porter Wright Morris & Arthur, LLP<br>9045 Strada Stell Court<br>Suite 400<br>Naples | (u)Read and Kelley Estate Services, LLC | (d)FTTE, LLC<br>c/o Richard Johnston, Jr.<br>Johnston Law, PLLC<br>7370 College Parkway, Suite 207<br>Fort Myers, FL 33907-5558 |
| (d)Bruce Shalberg<br>16623 Cortona Lane<br>Naples, FL 34110-3259 | End of Label Matrix<br>Mailable recipients    97<br>Bypassed recipients    10<br>Total                 107 | |